# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Heffley, Marilyn | United State District Court Room 4001 | 09/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE - FULL TIME | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
601 MARKET STREET - ROOM 4001
PHILADELPHIA, PA 19106-1768

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTRIX | ESTATE ▨▨▨▨▨ |
| 2. | TRUSTEE | ▨▨▨▨▨ REVOCABLE TRUST |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Reed Smith | $207,100.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -Marilyn Heffley Individual NFS | | | | | | | | | |
| 2. Bank Deposit Sweep Program QPRMQ | A | Interest | M | T | | | | | |
| 3. John Hancock Funds Global Absolute Return Strategies Fund Cl I | B | Dividend | K | T | Buy | 01/23/14 | J | | |
| 4. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 5. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 6. Aston / Fairpointe Mid-Cap Fund Cl N | A | Dividend | K | T | Buy | 01/23/14 | J | | |
| 7. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 8. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 9. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 10. Blackrock Equity Dividend Fund Cl Institutional | A | Dividend | | | Buy | 01/23/14 | J | | |
| 11. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 12. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 13. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 14. | | | | | Sold | 10/31/14 | L | D | |
| 15. Legg Mason BW Global Opportunities Bond Fund Cl I | B | Dividend | K | T | Buy | 02/24/14 | J | | |
| 16. T Rowe Price Growth Stock Fund | A | Dividend | | | Buy | 02/24/14 | J | | |
| 17. | | | | | Buy (add'l) | 04/07/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 19. | | | | | Sold | 08/22/14 | L | D | |
| 20. BlackRock PA Municipal Bond Fund Institutional Shares | C | Int./Div. | L | T | Buy | 02/24/14 | J | | |
| 21. Harding Loevner Institutional Emerging Markets Portfolio | A | Dividend | K | T | Buy | 02/24/14 | J | | |
| 22. John Hancock Funds Strategic Income Opportunities Fund | B | Dividend | K | T | Buy | 04/07/14 | J | | |
| 23. Cambiar Small-Cap Fund CI Investor | A | Dividend | K | T | Buy | 04/07/14 | J | | |
| 24. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 25. Prudential Global Real Estate CI Z | A | Dividend | J | T | Buy | 05/06/14 | J | | |
| 26. AQR Managed Futures Strategy Fund CI | B | Dividend | K | T | Buy | 05/06/14 | J | | |
| 27. Tweedy, Browne Global Value Fund | B | Dividend | L | T | Buy | 05/06/14 | J | | |
| 28. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 29. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 30. T Rowe Price Blue Chip Growth Fund | A | Dividend | L | T | Buy | 08/22/14 | L | | |
| 31. JPMorgan Equity Income Fund Select | A | Dividend | L | T | Buy | 10/31/14 | L | | |
| 32. American Fundamental Investors CL F2 | A | Dividend | J | T | | | | | |
| 33. American Growth Fund of America CL F2 | A | Dividend | J | T | | | | | |
| 34. Pimco All Asset All Authority Instit CL | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prudential Absolute Return Bond FD CL Z | A | Dividend | K | T | | | | | |
| 36. | | | | | | | | | |
| 37. PNC Saving Account | A | Interest | J | T | | | | | |
| 38. Merrill Edge Cash Management Account | A | Interest | J | T | | | | | |
| 39. Energy Transfer Partners, LP | A | Distribution | K | T | | | | | |
| 40. Prime Fund Capital Reserve Cl FPRRXX | A | Interest | J | T | | | | | |
| 41. Marilyn Heffley IRA Rollover | E | Dividend | O | T | | | | | |
| 42. - Bank Deposit Sweep Program QPRMQ | | | | | | | | | |
| 43. - MainStay Large-Cap Growth Fund Cl I | | | | | Buy | 04/07/14 | J | | |
| 44. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 45. - MainStay Large-Cap Growth Fund Cl I | | | | | Sold | 10/31/14 | L | | |
| 46. - Manning & Napier World Opportunities Fund | | | | | Buy | 04/07/14 | J | | |
| 47. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 48. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 49. | | | | | Sold | 10/31/14 | K | | |
| 50. - Heartland Value Plus | | | | | Buy | 07/31/14 | J | | |
| 51. | | | | | Sold | 10/31/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard Equity-Income Fund Investor Shares | | | | | Buy | 04/07/14 | J | | |
| 53. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 54. - John Hancock Funds Strategic Income Opportunities Fund | | | | | Buy | 04/07/14 | J | | |
| 55. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 56. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 57. - AQR Managed Futures Strategy Fund | | | | | Buy | 05/15/14 | J | | |
| 58. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 59. - Artisan Mid-Cap Value Fund Investor CI | | | | | Buy | 08/22/14 | J | | |
| 60. - Eaton Vance Income Fund of Boston CI | | | | | Buy | 08/22/14 | J | | |
| 61. - PIMCO All Asset All Authority Fund Institutional | | | | | Buy | 08/22/14 | J | | |
| 62. - Dodge & Cox International Stock Fund | | | | | Buy | 10/31/14 | K | | |
| 63. - T. Rowe Price Blue Chip Growth Fund | | | | | Buy | 10/31/14 | K | | |
| 64. - Undiscovered Managers Behavioral Value Fund Institutional CI | | | | | Buy | 10/31/14 | K | | |
| 65. - American Funds AMCAP CI F-2 | | | | | Buy | 10/31/14 | K | | |
| 66. - Oppenheimer Dev Markets FD Class Y | | | | | | | | | |
| 67. - BlackRock Floating Rate Inc Port Instl | | | | | | | | | |
| 68. - Templeton Global Bond Advisor Class | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Marilyn Heffley IRA Guardian Life Insurance | None | | M | T | | | | | |
| 70. - BlackRock Capital Appreciation Series I | | | | | | | | | |
| 71. - BlackRock Large Cap Core CL III | | | | | | | | | |
| 72. - Columbia Variable Portfolio Seligman Glo | | | | | | | | | |
| 73. - Columbia Variable Portfolio Small Cap VA | | | | | | | | | |
| 74. - Fidelity VIP Contrafund SRCL2 | | | | | | | | | |
| 75. - Fidelity VIP Midcap Port SRCL2 | | | | | | | | | |
| 76. - Franklin Small Cap Value VIP Fund Class | | | | | | | | | |
| 77. - Franklin US Government Securities VIP Fu | | | | | | | | | |
| 78. - Invesco VI International Growth Series | | | | | | | | | |
| 79. - MFS VIT Utilities Series SC | | | | | | | | | |
| 80. - Oppenheimer Global Strategic Income/VA S | | | | | | | | | |
| 81. - Oppenheimer Main Street Small Cap Fund/V | | | | | | | | | |
| 82. - PIMCO Total Return Advisor CL | | | | | | | | | |
| 83. - Pioneer Disciplined Value VCT Portfolio | | | | | | | | | |
| 84. - Pioneer Mid Cap Value VCT CL II | | | | | | | | | |
| 85. - RS INV Quality Bond VIP Series | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - RS Large Cap Alpha VIP Series | | | | | Buy | 01/01/14 | J | | |
| 87. - RS Low Duration Bond VIP Series | | | | | | | | | |
| 88. - Wells Fargo Advantage VT International | | | | | Buy | 01/01/14 | J | | |
| 89. | | | | | | | | | |
| 90. Marilyn Heffley IRA | E | Dividend | M | T | | | | | |
| 91. - Western Asset Inflation Indexed Plus Bond Fund | | | | | Sold (part) | 12/22/14 | J | | |
| 92. - BlackRock Strategic Income Opportunities Portfolio CI Institutional | | | | | Sold (part) | 12/22/14 | J | | |
| 93. - American AMCAP Fund F2 | | | | | | | | | |
| 94. - AQR Managed Futures Fund CL I | | | | | | | | | |
| 95. - Aston/Fairpointe Mid Cap Fund CL N | | | | | | | | | |
| 96. - Cambiar Small Cap Fund Investor CL | | | | | | | | | |
| 97. - Harding Loevner Inst Emerging Mrkts CL I | | | | | | | | | |
| 98. - John Hancock GL Abso Return Strats CL I | | | | | | | | | |
| 99. - Prudential Global Value Fund | | | | | | | | | |
| 100. - Tweedy Browne Global Value Fund | | | | | | | | | |
| 101. - Vanguard Equity Income Investor CL | | | | | | | | | |
| 102. - Federated Short Term Income FD CL Y | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Goldman Sachs Emrg Markets | | | | | | | | | |
| 104. - PIMCO Total Return Fund CL P | | | | | | | | | |
| 105. - Prudential Absolute Return Bond FD CL Z | | | | | | | | | |
| 106. - Templeton Global Bond Advisor Class | | | | | | | | | |
| 107. Bank Deposit Sweep Program QPRMQ | | | | | | | | | |
| 108. Marilyn Heffley IRA Guardian Life Insurance Company | D | Dividend | M | T | | | | | |
| 109. - Oppenheimer Strategy Bnd Fund/VA SVC- Annuity B-Series | | | | | | | | | |
| 110. - RS Inv Quality Bond VIP Series - | | | | | | | | | |
| 111. - RS Core Equity VIP Series | | | | | | | | | |
| 112. - PIMCO VIT Total Return Advantage | | | | | | | | | |
| 113. - BlackRock Large-Cap Core V.I. 3 - | | | | | | | | | |
| 114. - Fidelity VIP Contrafund Srcl2 | | | | | | | | | |
| 115. - Franklin U.S. Government Cl2 | | | | | | | | | |
| 116. - RS Low Duration Bond VIP Series | | | | | | | | | |
| 117. - Pioneer Mid-Cap Value VCT II | | | | | | | | | |
| 118. - Pioneer Cullen Value VCT II | | | | | | | | | |
| 119. - BlackRock Capital Appreciation Series 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Evergreen VA International Equity 2 | | | | | | | | | |
| 121.  - Oppenheimer Main St Small Cap/VA SVC | | | | | | | | | |
| 122.  - Fidelity VIP Mid-Cap Portfolio Srcl2 | | | | | | | | | |
| 123.  - Seligman Portfolio Communications & Information 2 | | | | | | | | | |
| 124.  - Columbia VIT Small-Cap Value CL B | | | | | | | | | |
| 125.  - Franklin Small-Cap Value Sec Class 2 | | | | | | | | | |
| 126.  - Invesco V.I. International Growth Series 1 | | | | | | | | | |
| 127.  - MFS VIT Utilities Series - SC - Variable Annuity | | | | | | | | | |
| 128. | | | | | | | | | |
| 129.  Reed Smith (X) | A | Interest | J | U | | | | | |
| 130.  SunCoke Energy (X) | A | Dividend | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133.  ▌▌▌ Revocable Turst | B | Interest | K | T | | | | | |
| 134.  - Fulton Bank | | | | | | | | | |
| 135.  - ▌▌ Residence ▌▌ | | | | | Sold | 05/30/14 | M | | |
| 136.  Estate ▌▌ | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Fulton Bank | | | | | | | | | |
| 138.  RS Core Equity VIP Series | | | | | Sold | 01/01/14 | J | A | |
| 139.  Evergreen VA International Equity 2 | | | | | Sold | 01/01/14 | J | A | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 09/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The 2014 Disclosure Report has been amended for the following reasons:

- Line #40 has been added to disclose the taxypayer's interest in the Prime Fund Capital Reserve Fund.

- Line #69 has been adjusted to change the description of the asseet from "Guardian Life Insurance and Annuity" to "Marilyn Heffley IRA Guardian Life Insurance Company" to correspond to 2013 report line #107.

- Line #86 and #88 column D has been adjusted to reflect new sub account allocations for assets in the taxpayers IRA Annuity.

- Line #107 has been added to disclose the taxpayers interest in the Bank Deposit Sweep Program - QPRMQ.

- Lines #129 and #130 has been adjusted to show a parenthetical "(X)" next to the assets to show assets, which have become reportable during the year.

- Line #131 has been deleted because it duplicately reports the Publicly Traded Partnership show on Line #39.

- Line #138 and #139 have been added to reflect prior period sub account allocations for assets in the taxpayer's IRA Annuity, which were disposed of/ do not repeat at year end 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn Heffley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544